UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-12088
HON. PATRICK J. DUGGAN

MICHELLE HART,

      Plaintiff(s),

-v-

COUNTRYWIDE HOME LOANS, INC.,

      Defendant(s).
_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on October 15, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Plaintiff having filed a return on summons indicating defendant has been served; therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for failure to serve defendant be and the same is hereby **SET ASIDE.**

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 15, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 15, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager