UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE HART,
         Plaintiff,

v.                                              Case No. 09-12088
                                                Honorable Patrick J. Duggan

COUNTRYWIDE HOME LOANS, INC.,
         Defendant.
_____/

## JUDGMENT

This matter is before the Court on Defendant's motion for summary judgment. For

the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion is

granted and Plaintiff's complaint is **DISMISSED** with prejudice.

                                     s/PATRICK J. DUGGAN
                                     UNITED STATES DISTRICT JUDGE

Date: August 19, 2010

Copy to:
Vanessa G. Fluker, Esq.
Courtney D. Roschek, Esq.
Martin S. Frenkel, Esq.